# United states district court

**For the**

Michael harper

v

Equifax credit information services

**( Case 1:16-cv-00213-jeb)**

**Plaintiffs Motion to dismiss case without prejudice**

Your honor claim that was filed by previous lawyer has many errors in regards to the merrit of this case coucil never spoke to me about specific damages a lot to be fixed too short of notice with me representing myself. The damage is done but they are ceratinly not off the hook by far i ask that the court dismiss this case without prejudice. Meaning dismissal but i would like to later file this case will be in new jurisdiction state of ohio due to permanent relocation i have decided as of now thank you for your time and consideration of this matter.



Michael Harper
615 E Market St Apt 5
Alliance Ohio 44601

Court motion




CLEVELAND OH 440
07 OCT 2016 PM 7 L

US District Court
Office of the Clerk
333 Constitution Ave
NW Washington DC 20001

20001-289999